UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Juan Costilla,                )
                              )
                              )
            Plaintiff,        )
                              )
      v.                      )      **JUDGMENT**
                              )
Hazel Heath,                  )      No. 4:12-CV-292-BR
                              )
            Defendant.        )
                              )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is DISMISSED WITHOUT PREJUDICE, and the 7 December 2012 order directing payments of the filing fee from plaintiff's prison trust account is VACATED.

**This judgment filed and entered on December 18, 2012, and served on:**

Juan Costilla (via US Mail at Hyde Correctional Institution, PO Box 278, Swan Quarter, NC
        27885)

December 18, 2012                    /s/ Julie A. Richards,
                                         Clerk of Court